**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

GLORIA KELLY, an individual,

        Plaintiff,

v.

OCWEN LOAN SERVICING, LLC,

        Defendant.

_____/

CASE NO. _____
(case removed from the County
Court of the Seventh Judicial
Circuit in and for Flagler
County, Florida, Uniform Case
No. 2019 SC 002800)

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1441 & 1446, Defendant PHH Mortgage Corporation ("PHH") as successor by merger to named defendant Ocwen Loan Servicing, LLC ("Ocwen")[1] gives notice of its removal of this action from the County Court of the Seventh Judicial Circuit in and for Flagler County, Florida, where it is now pending, to the United States District Court for the Middle District of Florida, Jacksonville Division. Defendant states the following as grounds for this removal:

1. Defendant is the only defendant in a civil action filed December 12, 2019, in the County Court of the Seventh Judicial Circuit in and for Flagler County, Florida, Uniform Case No. 2019 SC 002800, styled *Gloria Kelly v. Ocwen Loan Servicing, LLC*. Copies of all the process, pleadings, and orders served upon Defendant, as well as copies of all such

[1] Ocwen Loan Servicing, LLC no longer exists as a standalone entity, having been merged into another wholly owned subsidiary of Ocwen Financial Corporation in or around June 2019. Its successor-in-interest for purposes of this action is PHH Mortgage Corporation, which assumed certain obligations from. Any references to Ocwen herein includes PHH.

1

documents contained in the clerk's records from the state court action, are attached to this Notice.

2.      Defendant was served with process in this action on December 19, 2019.  *See* Return of Service.  This removal is therefore timely under 28 U.S.C. § 1446(b), since Defendant filed this notice on the first day after the last day of the 30 day period following service that was not a Sunday or legal holiday. *See* Fed. R. Civ. P. 6(a)(1)(c); *Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 347–48 (1999).

3.      This action could have been brought originally in this Court under 28 U.S.C. § 1331 because it arises under federal law.  The face of Plaintiff's complaint presents a claim under the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 *et seq.  See* Compl. ¶¶ 41-47 (Count 2).  This Court has supplemental jurisdiction over Plaintiff's state law claims under 28 U.S.C. § 1367(a).

4.      Because the complaint falls within this Court's original federal question jurisdiction, this action has been properly removed under 28 U.S.C. § 1441(a)–(b).

5.      The United States District Court for the Middle District of Florida, Jacksonville Division, is the appropriate court for filing a notice of removal from the County Court of the Seventh Judicial Circuit in and for Flagler County, Florida, because this District and Division embrace the County Court of the Seventh Judicial Circuit in and for Flagler County, Florida— the forum in which the removed action was pending.  See 28 U.S.C. §§ 89(b) & 1441(a).

6.      Pursuant to 28 U.S.C. § 1446(d), Defendant will file a copy of this notice of removal with the Clerk of the County Court of the Seventh Judicial Circuit in and for Flagler County, Florida, and will serve it on Plaintiff.

Defendant prays this Court will make any and all orders necessary to effect the removal of this action from the County Court of the Seventh Judicial Circuit in and for Flagler County, Florida, and will prepare the true record of all proceedings that may have been had in the state court.

Dated: January 21, 2020

Respectfully submitted,

s/*Diana N. Evans*
Diana N. Evans (Fla. Bar No. 98945)
Dnevans@bradley.com
**Bradley Arant Boult Cummings LLP**
100 North Tampa Street, Suite 2200
Tampa, FL 33602
P: (813) 559-5500
F: (813) 229-5946

*Attorney for PHH Mortgage Corporation as successor by merger to named defendant Ocwen Loan Servicing, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2020, I electronically filed the foregoing with CM/ECF, which will send notification to all counsel of record.  I have also served a true and correct copy of the foregoing on the following counsel via email and U.S. Mail:

> Young Kim, Esquire
> CONSUMER LAW ATTORNEYS
> 2727 Ulmerton Road, Suite 270
> Clearwater, FL  33762
> Phone: (877) 241-2200
> Fax: 727-623-4611
> service@consumerlawattorneys.com
> ykim@consumerlawattorneys.com
> *Attorneys for Plaintiff*

> *s/Diana N. Evans*
> _____
> *Attorney for PHH Mortgage Corporation as successor by merger to named defendant Ocwen Loan Servicing, LLC*