**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

GLORIA KELLY, an individual,

    Plaintiff,

v.                                             Case No: 3:20-cv-00050

OCWEN LOAN SERVICING, LLC,

    Defendant.
_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

__X__ IS         related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

County Court for Flagler County, Case No.: 2019-SC-002800

____ IS NOT     related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

Dated: January 27, 2020.

                                              Respectfully submitted,

                                              **CONSUMER LAW ATTORNEYS CORP.**

                                              /s/ *Young Kim*
                                              **Young Kim, Esq., FBN 122202**
                                              2727 Ulmerton Rd., Ste. 270
                                              Clearwater, FL 33762
                                              Phone: (877) 241-2200
                                              ykim@consumerlawattorneys.com
                                              federalservice@consumerlawattorneys.com
                                              *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 27th day of January, 2020, I electronically served a true and correct copy of the foregoing *Plaintiff's Notice of Pendency of Other Actions* to the following:

Diana N. Evans (Fla. Bar No. 98945)
Dnevans@bradley.com
Bradley Arant Boult Cummings LLP
100 North Tampa Street, Suite 2200
Tampa, FL 33602
P: (813) 559-5500
F: (813) 229-5946
Counsel for Defendant

/s/ *Young Kim*
Counsel for Plaintiff